EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Assistant U.S. Attorney

WES REBER PORTER            #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2004

at ___ o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04-00466 SOM |
| Plaintiff, | **INDICTMENT** |
| vs. | [18 U.S.C. § 2111<br>U.S.S.G. § 2B3.1(b)(1) &<br>(b)(2)(B)] |
| WILLIAM T. EARHEART IV<br>aka: "Joshua Johnson"<br>    "Josh Johnson" | |
| Defendant. | |

## I N D I C T M E N T
### (18 U.S.C. § 2111)

The Grand Jury charges that:

On or about March 31, 2004, in the District of Hawaii,

within the special maritime and territorial jurisdiction of the

United States, to wit: Moanalua Shopping Center, Honolulu,

Hawaii, defendant WILLIAM T. EARHEART IV, a/k/a: "Joshua Johnson"

and "Josh Johnson," did by intimidation, take a thing of value, to wit: United States currency, from the person and presence of C.S., an employee of a check cashing business called "Cash N' Advance."

All in violation of Title 18, United States Code, Section 2111.


//

//

//

//

//

//

//

//

//

SENTENCING ALLEGATIONS

With respect to sole count of the Indictment:

(a)    the property of a financial institution was taken during the subject robbery, to wit: money belonging to, and in the care, custody, control, management, and possession of "Cash N' Advance;" and

(b)    defendant WILLIAM T. EARHEART IV, a/k/a: "Joshua Johnson" and "Josh Johnson," used a firearm during the commission of the subject robbery,

in violation of the United States Sentencing Guidelines, Sections 2B3.1(b)(1) and (b)(2)(B).

DATED: December 1, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

3