EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes Section

WES REBER PORTER  #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
JUL 0 7 2005

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 8 2005

at 8 o'clock and 46 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00466 SOM |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| WILLIAM T. EARHEART, IV, aka: "Joshua Johnson" "Josh Johnson," | |
| Defendant. | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant William T. Earheart, IV on the grounds that he pleaded guilty to a Felony Information encompassing the identical offense conduct under Cr. No. 05-00274

SOM. On July 1, 2005, this Honorable Court sentenced the defendant based on his plea to the Information.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, July 7, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/
WES REBER PORTER
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY
_____
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

United States v. William T. Earheart, IV
Cr. No. 04-00466 SOM
Order for Dismissal

copies:   United States Marshal
          HPD Detective James Nobriga
          Samuel P. King, Jr. (Attorney for Defendant)